IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | MAG 00-0320-PAN |
| ) | |
| v. ) | |
| ) | |
| FRANCIS D. KESTER, ) | |
| ) | |
| Defendant. ) | |

**ORDER FOR REMISSION OF FINE**

This matter is before the court on the petition of the United States for remission of the unpaid portion of the criminal fine owed by the defendant, in accordance with the provisions of 18 U.S.C. § 3573. The court finds it has jurisdiction over the subject matter and the parties, and having reviewed the petition;

ORDERS that the unpaid portion of the criminal fine imposed against the defendant Francis D. Kester is hereby remitted.

IT IS SO ORDERED:

Dated:_January 27, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE